FILED: May 27, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 15-1473
(2:14-cv-12333)

---

LISA MARIE KERR,

Plaintiff – Appellant,

v.

MARSHALL UNIVERSITY BOARD OF GOVERNORS; GENE BRETT KUHN; JUDITH SOUTHARD; SANDRA BAILEY; TERESA EAGLE; LISA HEATON, and; DAVID PITTENGER,

Defendants – Appellees.

---

O R D E R

---

In light of the granting of reconsideration of the court's order dated May 14, 2015 and the issuance of a formal briefing schedule in this case, the motion for admission to the bar of the Fourth Circuit Court of Appeals with waiver of admission fee is deemed moot.

The court grants leave to proceed in forma pauperis.

Pursuant to Standing Order 1401, parties in cases in which any party is proceeding in forma pauperis shall file one electronic copy and one paper copy of their formal briefs and appendices. If the court tentatively calendars the case for oral argument, the parties shall file three identical copies of their paper briefs and appendices within ten days of the notice tentatively assigning the case to an oral argument session. The court will order additional paper copies if needed in any case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk